UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

SEP 1 9 2019

David J. Bradley, Clerk

REYNALDO RODRIGUEZ

Plaintiff(s)                    DIVISION __MCALLEN__

V.                              CIVIL ACTION NO. 7:19-CV-00024

AUTOTRANSPORTES VARELA DAVILA SA DE CV, ET AL
                              Defendant(s)

ADR METHOD:    Mediation      __X__      Arbitration      _____
               Mini-trial     _____      Summary Jury Trial _____

TYPE OF CASE:   Personal Injury

1.    Please check one of the following:
      The case referred to ADR settled ✓/ did not settle __

2.    My total fee and expenses were: $1,200.00.
      (If you had no fees and expenses, please indicate if the case settled before
      ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant
      to order of the Court or agreement of the parties.)

      _____

      _____

3.    Please list names, addresses and telephone numbers of all parties and all
      counsel of record:

      Reynaldo Rodriguez, Plaintiff
      Ms. Sonia M. Rodriguez, Attorney
      COWEN RODRIGUEZ PEACOCK
      6243 IH-10 West, Ste. 801
      San Antonio, Texas 78201
      (210) 941-1301 - telephone
      (210) 941-8968 - telefax

      Autotransportes Varela Davila SA de CV, et al, Defendant
      Mr. Douglas E. Chaves, Attorney
      CHAVES, OBREGON & PERALES, L.L.P
      802 North Carancahua Street, Ste. 2100
      Corpus Christi, Texas 78470
      (361) 884-5400 – telephone
      (361) 884-5401 – telefax

                              ADR PROVIDER

                              Name:    _____Alfred T. Denham_____

Date: 09/17/19                Signature:
SDTX-ADR-5/(Rev. 6-15-93)