IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **REYNALDO RODRIGUEZ** <br> *Plaintiff* <br><br> V. <br><br> **AUTOTRANSPORTES VARELA DAVILA SA DE CV AND FERMIN RODRIGUEZ** <br> *Defendants* | § § § § § § § § § § § | **CIVIL ACTION NO. 7:19-cv-00024** |

## VOLUNTARY DISMISSAL BY STIPULATION OF ALL CLAIMS AGAINST DEFENDANTS

This stipulation is made by and between Plaintiff REYNALDO RODRIGUEZ ("Plaintiff"), on the one hand, and Defendants AUTOTRANSPORTES VARELA DAVILA SA DE CV and FERMIN RODRIGUEZ (the "Dismissal Defendants" and collectively with Plaintiff, the "Parties"), on the other hand, with reference to the following facts:

1. WHEREAS, the Plaintiff filed the above-captioned actions (the "Action") against the Dismissal Defendants;

2. WHEREAS, the Action is not a class action or a derivative action;

3. WHEREAS, a receiver has not been appointed in the Action;

4. WHEREAS, the Action is not governed by any federal statute that requires a court order for dismissal of the case against the Defendants;

5. WHEREAS, Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in the Action;

6. WHEREAS, Plaintiff seeks to dismiss the Action with prejudice against the Dismissal

Defendants; and

7. WHEREAS, Plaintiff is concurrently filing a Notice of Voluntary Dismissal of Plaintiff's First Amended Complaint with Prejudice as to Dismissal Defendants.

NOW THEREFORE, the Parties, through their respective attorneys, hereby stipulate as follows:

1. The Action is dismissed with prejudice against the Dismissal Defendants;

2. This dismissal will result in dismissal of any and all claims by Plaintiff against the Dismissal Defendants in the Action; and

3. This dismissal is with prejudice to refiling against the Dismissal Defendants.

Dated: __10/7/19__, 2019

Sonia M. Rodriguez
COWEN RODRIGUEZ PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
(210) 941-1301
(956) 504-3674 Facsimile
*Attorneys for Plaintiff*

/s/ Douglas E. Chaves
Douglas E. Chaves
CHAVES, OBREGON & PERALES, L.L.P.
State Bar No. 04161400
Southern Bar District ID No. 1895
dchaves@crrlawfirm.com
Aidan Perales
State Bar No. 24027604
Federal Bar No. 27471
aperales@crrlawfirm.com
802 N. Carancahua, Suite 2100
Corpus Christi, Texas 78470
(361) 884-5400
(361) 884-5401 Facsimile
*Attorneys for Defendants*